# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Evander David Betters** DOB: 2001; United States | DOCKET NO.<br>21-08698MJ<br>MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 15, 2021, in the District of Arizona, **Evander David Betters**, knowing or in reckless disregard that certain illegal aliens, including Prisciliano Cruz-Esteban, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about August 15, 2021, in the District of Arizona (Robles Junction), a United States Border Patrol Agent operating a camera at the SR-86 checkpoint, saw three suspected noncitizens walking through the desert south of the checkpoint. BPA responded and started to walk on a dirt road towards the last place the camera operator has seen the three subjects. An agent with his service K-9 also responded. While walking on the dirt road, the BPA saw through night vision goggles the three subjects. It appeared that the first subject was guiding the other two by using the flashlight on his cell phone. The BPA positioned themselves north of the subjects waited until the three subjects walked right to the BPA. The BPA then turned on their flashlights, identified themselves, and told the three subjects not to run and to sit down. A BPA recognized the first subject **Evander David Betters** from a prior noncitizen smuggling event which occurred on June 10, 2021. The other two subjects admitted they were in the U.S. illegally and were identified as Enrique Aguas-Tepetzi and Prisciliano Cruz-Esteban.

Material witness Prisciliano Cruz-Esteban said he crossed the U.S. border illegally with another person. Cruz said he was instructed to walk to a town north of the border and to enter an abandoned house. Cruz said he was picked up and was taken to a second house where a male driver came to pick him up. Cruz said that the subject knocked on the door and told Cruz to get in the vehicle. Cruz was then taken to an unknown location in the desert and was told by the driver to wait. Cruz said that the same driver returned later the same day and began guiding him around the checkpoint by using a flashlight. Cruz said there was no communication between them due to the language barrier, but the subject would communicate with him using hand gestures.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Prisciliano Cruz-Esteban

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT |
|---|---|
| Sworn by telephone _x_ | OFFICIAL TITLE<br>Border Patrol Agent |
| SIGNATURE OF MAGISTRATE JUDGE<br>1) See Federal rules of Criminal Procedure Rules 3, 4(1) and 54 | DATE<br>August 16, 2021 |